UNITED STATES of America

v.

UNIVERSAL REHABILITATION SERVICES (PA), INC., Appellant.

Richard J. Lukesh, Appellant.

Nos. 97–1412, 97–1414, 97–1468.

United States Court of Appeals, Third Circuit.

May 4, 1999.

Present: BECKER, Chief Judge, SLOVITER, MANSMANN, GREENBERG, SCIRICA, NYGAARD, ALITO, ROTH, MCKEE, and RENDELL, Circuit Judges.

## ORDER

BECKER, Chief Judge.

It is hereby ORDERED that

1. The motion to vacate the Order granting rehearing *en banc* is denied;

2. The motion for leave to file a response to Government's Petition for Rehearing is denied; and

3. The case number 97–1468 is hereby removed from the Order dated April 15, 1999 granting Rehearing *En Banc.*

The parties shall file supplemental memoranda in which they set forth what factors should be considered by the District Court in ruling on the admissibility of a testifying co-conspirator's guilty plea; what Third Circuit cases set forth these factors as a consideration; and how these factors apply to the facts of the case before us. Appellant shall file a memorandum within 3 weeks and the ·Government shall have 2 weeks to reply.